**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**


MARIA T. JOHN,

        Plaintiff,

v.                                                                    Case No:  6:12-cv-1919-ORL-36GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

## **ORDER**

This cause is before the Court on the Report and Recommendation filed by Magistrate Judge Paul A. Zoss on January 16, 2014 (Doc. 18).  Magistrate Judge Zoss recommends reversing the Commissioner's decision and remanding this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that the Administrative Law Judge's decision is not supported by substantial evidence.   After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1)  The Report and Recommendation of the Magistrate Judge (Doc. 18) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2)  The final decision of the Commissioner is **REVERSED.** This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3)  The Clerk is directed to enter a judgment in favor of Plaintiff and to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on February 6, 2014.

Charlene Edwards Honeywell
United States District Judge


**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge Paul A. Zoss

2